# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2027-1081

**Short Case Caption:** Barco, Inc. v. Yealink (USA) Network Technology Co., Ltd.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Yealink (USA) Network Technology Co., Ltd.;
Yealink Network Technology Co., Ltd.

| | |
|---|---|
| **Principal Counsel:** Stephen Yang | Admission Date: 06/30/2014 |
| Firm/Agency/Org.: Dentons US LLP | |
| Address: 1221 Avenue of the Americas, New York, NY 10020-1089 | |
| Phone: 212-398-4890 | Email: stephen.yang@dentons.com |
| **Other Counsel:** Forrest Gothia | Admission Date: 02/23/2026 |
| Firm/Agency/Org.: Dentons US LLP | |
| Address: 100 Crescent Court, Suite 900, Dallas, TX 75201 | |
| Phone: 214-259-1887 | Email: forrest.gothia@dentons.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/12/26

Signature: /s/ Stephen Yang

Name: Stephen Yang