# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2027-1081

**Short Case Caption:** Barco, Inc. v. Yealink (USA) Network Technology Co., Ltd.

**Filing Party** Yealink (USA) Network Technology Co., Ltd.; and Yealink Network Technology Co., Ltd.

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Reversal of order denying Motion to Exclude the Expert Opinion of Mr. William B. Scally; reversal and/or vacatur of final judgment; reveral and/or vacutur of order entering permanent injunction.

Relief awarded below (if damages, specify): ☐ None/Not Applicable

The district court: denied the Motion to Exclude the Expert Opinion of Mr. William B. Scally; entered a lump sum royalty of $907,360.00; and granted a permanent injunction.

Briefly describe the judgment/order appealed from:

The district court denied motion to exclude expert opinion on damages; the district court entered final judgment for $907,360.00; the district court entered a permanent injunction against the accused devices.

Nature of Judgment (select one:)

Date of Judgment: 9/25/2026

- ▣ Final Judgment, 28 USC § 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type) ____________
- ☐ Other (explain) ____________

Date: 11/12/2026

Signature: /s/ Stephen Yang

Name: Stephen Yang