# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2027-1081

**Short Case Caption** Barco, Inc. v. Yealink (USA) Network Technology Co., Ltd.

**Filing Party/Entity** Yealink (USA) Network Technology Co., Ltd.; and Yealink Network Technology Co., Ltd.

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Yealink (USA) Network Technology Co., Ltd. et al. v. Barco N.V., IPR2024-01436, Patent Trial and Appeal Board;
Yealink (USA) Network Technology Co., Ltd. et al. v. Barco N.V., IPR2024-01437, Patent Trial and Appeal Board;
Yealink (USA) Network Technology Co., Ltd. et al. v. Barco N.V., IPR2024-01438, Patent Trial and Appeal Board;
Yealink (USA) Network Technology Co., Ltd. et al. v. Barco N.V., IPR2024-01439, Patent Trial and Appeal Board.

☐ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Yealink (USA) Network Technology Co., Ltd.
Yealink Network Technology Co., Ltd.
Barco N.V.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Dentons US LLP: Stephen Yang, Forrest Gothia, Kevin Greenleaf;
Bickham Partners LLC: Timothy Bickham (previously with Dentons US LLP);
Wolf Greenfield: Mark Consilvio (previously with Dentons US LLP);
Hamre, Schumann, Mueller & Larson P.C.: Thomas Lee, Amol Kavathekar;
K&L Gates: Erik J. Halverson, Christopher Centurelli, Joshua Andrews;

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/12/2026

Signature: /s/ Stephen Yang

Name: Stephen Yang